

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2020

No. 04-20-00398-CR

**IN RE** Juan Guillermo **MENDEZ**

Original Mandamus Proceeding[1]

**ORDER**

On August 7, 2020, Relator filed a pro se petition for writ of mandamus. After considering the petition, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on August 26, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 02-06-00089-CRK, styled *State of Texas v. Juan Mendez*, pending in the 81st Judicial District Court, Karnes County, Texas, the Honorable Russell Wilson presiding.